AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Clarence Steele | ) Case No: 2:04CR20016-002 |
| | ) USM No: 07380-010 |
| Date of Previous Judgment: November 16, 2004 | ) David Dunagin |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):  Defendant is subject to a mandatory minimum sentence of 120 months.

### III. ADDITIONAL COMMENTS
The Court held a hearing on Defendant's motion permitting defense counsel to present argument and evidence for the Court to consider in reducing Defendant's sentence below the mandatory minimum. Defense counsel submitted into evidence a six-page exhibit of arguments from Defendant on this issue.

Except as provided above, all provisions of the judgment dated __11/16/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: November 18, 2008

Effective Date: _____
(if different from order date)

Judge's signature

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 18 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK